**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

STEPHAN DONHAM, HEATHER
FEDRO, and JACOB ROGERS, *on behalf
of themselves and all others similarly
situated*,

      Plaintiffs,

                                Civil Action No. 4:26-cv-01097

v.

BELEAF MEDICAL LLC, et al.,

      Defendants.

**NOTICE OF FILING CONSENT TO JOIN FORMS**

Plaintiffs, by and through counsel, hereby file Consent to Join forms on behalf of the following individuals:

1. DEVIN GREGG

2. SHELBIE HEATON

3. BOBBIE HICKMAN

4. AUSTIN KNEBEL

5. LAUREN MIDDLETON

6. JESSE MILLER

7. MAUREEN MOYA

8. JONATHAN PENA

9. DOMINIQUE SMITH

10. CHARLSEE SWISHER

11. KEELEY VAIL

The Consent to Join forms for the above-named opt-in Plaintiffs are attached hereto as Exhibit A.

Dated: July 14, 2026

Respectfully submitted,

*/s/Mark Potashnick*
Mark Potashnick
Weinhaus & Potashnick
11500 Olive Blvd., Suite 133
St. Louis, MO 63141
(314) 997-9150
markp@mp-attorneys.com

Molly A. Elkin
(*Pro Hac Vice Forthcoming*)
Sarah M. Block
(*Pro Hac Vice Forthcoming)*
Patrick J. Miller-Bartley
(*Pro Hac Vice Forthcoming)*
McGILLIVARY STEELE ELKIN LLP
1101 Vermont Ave., N.W.
Suite 1000
Washington, DC 20005
Phone: (202) 833-8855
mae@mselaborlaw.com
smb@mselaborlaw.com
pmb@mselaborlaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2026, I filed the foregoing document on this Court's CM/ECF system, which will serve copies on all counsel of record.

*/s/Mark Potashnick*
Mark Potashnick